1 MELINDA HAAG (CABN 132612)
United States Attorney
2

MIRANDA KANE (CABN 150630)
3 Chief, Criminal Division

4 THOMAS E. STEVENS (CABN 168362)
Assistant United States Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7200
7  Fax: (415) 436-7234
   E-Mail: Thomas.Stevens@usdoj.gov
8
Attorney for the United States
9
                 UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )    CR-12-0459 EMC
                                    )
14       Plaintiff,                 )    STIPULATION AND [P~~ROPOSED~~]
                                    )    ORDER EXCLUDING TIME UNDER
15                                  )    THE SPEEDY TRIAL ACT
         v.                         )
16                                  )
                                    )
17 MYRA B. MINKS, TIFFANY T. CONLEY,)
   LETITIA R. MAYS, and ANDREA C.   )
18 MOHR,                            )
                                    )
19       Defendants.                )
                                    )
20 _____ )

21       The above-captioned matter came before the Court on July 18, 2012, for initial status

22 conference. The United States was represented by AUSA Tom Stevens. Defendant Minks was

23 represented by Gail Shifman, defendant Conley was represented by Tim Crudo, defendant May was

24 represented by Brian Berson, and defendant Mohr was represented by Brendan Conroy. The Court

25 set the case for a further status conference on August 29, 2012.

26       Based upon the discovery recently produced by the government to the defendants, the Court,

27 during the July 18 status conference, made findings that the time from and including July 13, 2012

28

STIP. AND [PROPOSED] ORDER RE: STA
CR-12-0459 EMC

1  (which was the date through which the prior time exclusion ran), through and including August 29,

2  2012, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends

3  of justice served by taking such action outweighed the best interest of the public and defendants in

4  a speedy trial.  The findings were based upon the need for the defendants and the government to have

5  reasonable time necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

6          The parties hereby agree, and request, that the exclusion of time described above, be granted.

7  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18,

8  United States Code, § 3161(h)(7)(A), because the needs of justice served by the continuance

9  outweighs the best interest of the public and the defendants in a speedy trial.  This time exclusion

10  will allow counsel for the defendants and the government effectively to prepare, taking into account

11  the exercise of due diligence.

12  SO STIPULATED.

13  DATED:  July 19, 2012                    MELINDA HAAG
14                                           United States Attorney

15                                           _____
16                                                        /s
                                             Thomas E. Stevens
17                                           Assistant United States Attorney

18  DATED:  July 19, 2012                    _____
                                                          /s
19                                           Gail Shifman
                                             Counsel to Myra Minks

20
21  DATED:  July 19, 2012                    _____
                                                          /s
                                             Timothy Crudo
22                                           Counsel to Tiffany Conley

23  DATED:  July 19, 2012                    _____
                                                          /s
24                                           Brian Berson
                                             Counsel to Letitia Mays

25
26  DATED:  July 19, 2012                    _____
                                                          /s
                                             Brendan Conroy
27                                           Counsel to Andrea Mohr

28

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: July ___, 2012
24

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen