MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: Thomas.Stevens@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-12-0459 EMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME UNDER |
| v. | ) | THE SPEEDY TRIAL ACT |
| | ) | |
| | ) | |
| MYRA B. MINKS, TIFFANY T. CONLEY, | ) | |
| LETITIA R. MAYS, and ANDREA C. | ) | |
| MOHR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    The above-captioned matter came before the Court on August 29, 2012, for initial status conference. The United States was represented by AUSA Tom Stevens. Defendant Minks was represented by Gail Shifman, defendant Conley was represented by Tim Crudo, defendant Mays was represented by Ms. Shifman, specially appearing for Mays' counsel, Brian Berson, and defendant Mohr was represented by Brendan Conroy. The Court set the case for a further status conference on November 7, 2012.

    Based upon the discovery produced by the government to the defendants, the Court, during

the August 29 status conference, made findings that the time from and including August 29, 2012, (which was the date through which a prior time exclusion ran), through and including November 7, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweighed the best interest of the public and defendants in a speedy trial. The findings were based upon the need for the defendants and the government to have reasonable time necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties hereby agree, and request, that the exclusion of time described above, be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the needs of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial. This time exclusion will allow counsel for the defendants and the government effectively to prepare, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: August 30, 2012                MELINDA HAAG
United States Attorney


_____/s_____
Thomas E. Stevens
Assistant United States Attorney

DATED: August 30, 2012                _____/s_____
Gail Shifman
Counsel to Myra Minks

DATED: August 30, 2012                _____/s_____
Timothy Crudo
Counsel to Tiffany Conley

DATED: August 30, 2012                _____/s_____
Brian Berson
Counsel to Letitia Mays

DATED: August 30, 2012                _____/s_____
Brendan Conroy
Counsel to Andrea Mohr

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[P~~ROPOSE~~D] ORDER**

IT IS SO ORDERED.

DATED:  August ___30___, 2012



_____ RICT JUDGE