MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Thomas.Stevens@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>MYRA B. MINKS, TIFFANY T. CONLEY, LETITIA R. MAYS, and ANDREA C. MOHR,<br><br>    Defendants. | CR-12-0459 EMC<br><br>STIPULATION AND [PROPOSED] ORDER (1) CONTINUING STATUS CONFERENCE; AND (2) EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

WHEREAS, the above-captioned matter came before the Court on August 29, 2012, for status conference. The United States was represented by AUSA Tom Stevens. Defendant Minks was represented by Gail Shifman, defendant Conley was represented by Tim Crudo, defendant Mays was represented by Ms. Shifman, specially appearing for Mays' counsel, Brian Berson, and defendant Mohr was represented by Brendan Conroy. The Court set the case for a further status conference on November 7, 2012.

**STIP. AND [PROPOSED] ORDER RE: STATUS CONF. & STA**
CR-12-0459 EMC

1   WHEREAS, on August 30, 2012, this Court entered an order excluding time under the Speedy Trial Act (18 U.S.C. § 3161) through and including November 7, 2012, for effective preparation of counsel.

WHEREAS, between August 29 and the date of this filing, the government has made two supplemental productions of discovery material involving over 1,0000 additional pages and/or images, in addition to other electronic-based discovery.

NOW THEREFOR, based upon the supplemental discovery produced by the government to the defendants, and in order that counsel for the government may continue to discuss these and other matters with defense counsel, the parties seek (1) to continue the status conference from November 7, 2012, to November 28, 2012; and (2) an exclusion of time under the Speedy Trial Act, through and including November 28, 2012, for effective preparation of counsel.

SO STIPULATED.

DATED: October 30, 2012        MELINDA HAAG
                               United States Attorney


                                      /s
                               ─────────────────────────
                               Thomas E. Stevens
                               Assistant United States Attorney


DATED: October 30, 2012               /s
                               ─────────────────────────
                               Gail Shifman
                               Counsel to Myra Minks


DATED: October 30, 2012               /s
                               ─────────────────────────
                               Timothy Crudo
                               Counsel to Tiffany Conley


DATED: October 29, 2012               /s
                               ─────────────────────────
                               Brian Berson
                               Counsel to Letitia Mays


DATED: October 29, 2012               /s
                               ─────────────────────────
                               Brendan Conroy
                               Counsel to Andrea Mohr

**[PROPOSED] ORDER**

Based upon the above stipulation, the Court orders as follows:

1. The status conference is continued from November 7, 2012, to November 28, 2012, at 2:30 p.m.

2. The Court finds that the time from and including the date of this order, through and including November 28, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial. The findings are based upon the need for the defendants and the government to have reasonable time necessary for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: October ___30___, 2012



_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE