MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS E. STEVENS (CABN 168362)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: Thomas.Stevens@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> ) <br> ) <br>    v. ) <br> ) <br> ) <br> MYRA B. MINKS, TIFFANY T. CONLEY,) <br> LETITIA R. MAYS, and ANDREA C. ) <br> MOHR, ) <br> ) <br>    Defendants. ) <br> ) | CR-12-0459 EMC <br><br> STIPULATION AND [PROPOSED] <br> ORDER EXCLUDING TIME <br> UNDER THE SPEEDY TRIAL ACT |

     WHEREAS, the above-captioned matter came before the Court on November 28, 2012, for status conference. The United States was represented by AUSA Tom Stevens. Defendant Minks was represented by Gail Shifman, defendant Conley (who was not present, due to illness) was represented by Tim Crudo, defendant Mays was represented by Brian Berson, and defendant Mohr was also represented by Mr. Berson, who was specially appearing for Mohr's counsel, Brendan Conroy. The Court set the case for a further status conference on January 16, 2013.

     WHEREAS, based upon prior orders of the Court, time has been excluded under the Speedy

**STIP. AND [PROPOSED] ORDER RE: STA**
CR-12-0459 EMC

Trial Act (18 U.S.C. § 3161) through and including November 28, 2012, for effective preparation of counsel.

NOW THEREFOR, based upon the need for counsel for the government and for the defendants effectively to prepare, the parties seek a further exclusion of time under the Speedy Trial Act, through and including January 16, 2013.

SO STIPULATED.

DATED: November 28, 2012　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s
　　　　　　　　　　　　　　　　　　Thomas E. Stevens
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: November 28, 2012　　　　　　/s
　　　　　　　　　　　　　　　　　　Gail Shifman
　　　　　　　　　　　　　　　　　　Counsel to Myra Minks

DATED: November 29, 2012　　　　　　/s
　　　　　　　　　　　　　　　　　　Timothy Crudo
　　　　　　　　　　　　　　　　　　Counsel to Tiffany Conley

DATED: November 28, 2012　　　　　　/s
　　　　　　　　　　　　　　　　　　Brian Berson
　　　　　　　　　　　　　　　　　　Counsel to Letitia Mays

DATED: November 28, 2012　　　　　　/s
　　　　　　　　　　　　　　　　　　Brendan Conroy
　　　　　　　　　　　　　　　　　　Counsel to Andrea Mohr

# [PROPOSED] ORDER

Based upon the above stipulation, the Court finds that the time from and including November 28, 2012, to and including January 16, 2013, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial. The findings are based upon the need for the defendants and the government to have reasonable time necessary for

effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: November 29, 2012



_____
Judge Edward M. Chen
United States District Judge

**STIP. AND [PROPOSED] ORDER RE: STA**
CR-12-0459 EMC