**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

Counsel for Defendant LETITIA R. MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 12-0459 EMC |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE** |
| vs. | ) |
| | ) |
| MINKS, et al. | ) |
| | ) |
| Defendants | ) |

Based on defense counsel's unavailability on the currently scheduled sentencing date of March 6, 2013, and after consultation with U.S. Probation Officer Casai, both parties stipulate and agree that Ms. Mays' sentencing should be continued to March 20, 2013 at 2:30 p.m., and that the Presentence Report (PSR) and sentencing memoranda submission schedule should be adjusted accordingly, consistent with Criminal Local Rule 32-5.

So Stipulated,

Date: February 15, 2013

```
_____//s//_____
BRIAN P. BERSON
COUNSEL FOR LETITIA MAYS
```

Date: February 15, 2013

```
_____//s//_____
THOMAS STEVENS
ASSISTANT UNITED STATES ATTORNEY
```

## [PROPOSED] ORDER

Based on the foregoing, IT IS HEREBY ORDERED that the sentencing of Letitia Mays is hereby continued to March 20, 2013 at 2:30 p.m. The PSR and sentencing memoranda submission schedule shall be adjusted accordingly, consistent with Criminal Local Rule 32-5.

SO ORDERED:

Date: 2/19/13

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California)*