**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

Counsel for Defendant LETITIA R. MAYS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 12-0459 EMC |
| | ) |
| Plaintiff, | ) **STIPULATION AND** |
| | ) **[PROPOSED] ORDER TO** |
| | ) **MODIFY CONDITIONS OF** |
| vs. | ) **RELEASE** |
| | ) |
| MINKS., et al. | ) |
| | ) |
| Defendants | ) |

The parties, through their respective undersigned counsel, stipulate to the modification of Defendant Mays' release conditions to allow for her free movement to and from her home from 6:00 a.m. to 12:00 a.m. each day until her voluntary surrender date of May 16, 2013. These hours may be adjusted by Pretrial Services (PTS) to accommodate Ms. Mays' job requirements.

DATE: MARCH 27, 2013

_____//s//_____

1

BRIAN P. BERSON
COUNSEL FOR LETITIA MAYS

DATE: MARCH 27, 2013

                          //s//
_____
THOMAS STEVENS
ASSISTANT UNITED STATES ATTORNEY

**[~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE**

Based on the above stipulation, IT IS HEREBY ORDERED that defendant Mays' bail be modified to allow for her to come and go to and from her household from 6:00 am to 12:00 midnight. These hours may be adjusted by PTS to accommodate Ms. Mays' job requirements. All other previous conditions of her release not inconsistent with this order shall remain in full force and effect.

SO ORDERED:

Date: March 29, 2013

_____
NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE