LATHAM & WATKINS LLP
  Timothy P. Crudo (Bar No. 143835)
   *timothy.crudo@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
Tiffany T. Conley

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIFFANY T. CONLEY,<br><br>    Defendant. | CASE NO. CR 11-00713 EMC<br>CASE NO. CR 12-00459 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING JUDGMENT IN A CRIMINAL CASE** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MYRA B. MINKS, TIFFANY T. CONLEY, LETITIA R. MAYS, and ANDREA C. MOHR,<br><br>    Defendants. | |

WHEREAS, on or about April 26, 2013, the Court entered Judgment in Case No. 12-00459 EMC;

WHEREAS, the Judgment provides in Special Condition of Probation Number 1 that the defendant "shall reside for a period of 10 months, to commence as soon as possible, in a RRC (halfway house) and shall observe the rules of that facility under terms and conditions set by probation to allow defendant to work and visit with her family;"

WHEREAS, the defendant currently resides in a RRC;

WHEREAS, Cameo House in San Francisco is a transitional housing program for single mothers recently released from prison;

WHEREAS, Cameo House is not technically an "RRC" as defined by the United States Bureau of Prisons;

WHEREAS, the United States Probation Office, through the defendant's probation officer, believes that it would advance the goals of probation and serve the interests of justice by, among other things, providing a more conducive environment for the defendant's rehabilitation, permitting the defendant's two-year-old son to be cared for by his mother, and alleviating undue economic hardship and child care duties imposed upon the defendant's mother, to modify Special Condition of Probation No. 1 to permit the defendant to reside at Cameo House and recommends that the Judgment be so modified, and;

WHEREAS, the parties do not object to the recommendation of the Probation Office;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel of record, that, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), the Court modify the defendant's Special Condition of Probation Number 1 to permit the defendant, at the discretion of the Probation Office, to reside at Cameo House.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCIISCO

Dated: August 13, 2013

LATHAM & WATKINS LLP

By /s/ Timothy P. Crudo
   Timothy P. Crudo
   Attorneys for Defendant
   Tiffany T. Conley

Dated: August 13, 2013

MELINDA HAAG
United States Attorney

By /s/ Thomas E. Stevens
   Thomas E. Stevens
   United States Attorney

## [~~PROPOSED~~] ORDER

Pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), the Court hereby modifies Special Condition of Probation Number 1 set forth in the Judgment entered in Case No. 12-00459 EMC. Special Condition of Probation Number 1 is hereby modified to read as follows: "The defendant shall reside for a period of 10 months, to commence as soon as possible, in a RRC (halfway house) or, at the discretion of the Probation Office, Cameo House in San Francisco, and shall observe the rules of that facility under terms and conditions set by probation to allow defendant to work and visit with her family." All other terms of the Judgment, including all other conditions of probation, remain as set forth in the Judgment.

IT IS SO ORDERED.

Dated: August 14, 2013

   Edward M. Chen
   United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCIISCO

STIPULATION AND [PROPOSED] ORDER
CASE NO. CR 11-00713 EMC
CASE NO. CR 12-00459 EMC